IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:06cr71-MEF |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for October 25, 2006 at 10:00 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner: CRYSTAL DENISE PHILLIPS before the United States District Court at Montgomery, Alabama, Courtroom 5B, on the 25th day of October, 2006 at 10:00 o'clock a.m.

DONE this 13th day of October, 2006.

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By: *[signature]*
Deputy Clerk