UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-cr-00071-MEF-DRB |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

**ORDER ON MOTION**

Pursuant to the *Government's Motion for Detention Hearing* (Doc. 79, filed October 18, 2006), it is

**ORDERED** that the *Motion* is **GRANTED now only to the extent that it seeks a detention hearing.** Accordingly, a detention hearing is hereby set at **3:00 p.m. on Thursday, October 19, 2006**, before United States Magistrate Judge Vanzetta Penn McPherson in District Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama 36104.

The defendant shall be remanded to the custody of the United States Marshal pending the hearing.

Done this 19th day of October, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE