MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 10/19/06                    DIGITAL RECORDING: 3:28 - 4:37

DATE COMPLETED: 10/19/06

USA                                  *        2:06cr71-MEF

vs                                   *

CRYSTAL DENISE PHILLIPS              *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Christopher A. Snyder | | Stephen Glassroth |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:    DETENTION HEARING


SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 2:05cr268-WHA Revocation Hearing; 2:06cr71-MEF Detention Hearing | |
|---|---|---|
| Date | 10/19/2006 | Location |

| Time | Speaker | Note |
|---|---|---|
| 3:28:52 PM | Court | Convenes |
| 3:29:45 PM | Government | Gives Court summary of charges in both cases |
| 3:33:37 PM | Court | Will proceed on Detention Hearing solely in 2:06cr71-MEF |
| 3:34:29 PM | Government | Calls Bernard Ross; witness testifies |
| 3:43:51 PM | Defendant | Cross-Examines Witness |
| 3:52:57 PM | Government | Re-Directs Witness |
| 3:57:39 PM | Defendant | Further questions witness |
| 4:01:27 PM | Government | Further questions witness |
| 4:02:27 PM | Court | Questions Government regarding status of release for other defendants |
| 4:03:30 PM | | Government responds |
| 4:03:56 PM | | Witnesses Excused; Government Rests |
| 4:04:22 PM | Defendant | Proffers information from Ms. Mack, grandmother of Crystal Denise Phillips |
| 4:06:14 PM | Court | Questions Probation Officer regarding previous monitoring of the defendant |
| 4:07:19 PM | | Probation Officer Responds; Defense Counsel responds |
| 4:07:59 PM | Defendant | Continues to speak in behalf of defendant |
| 4:09:56 PM | Defendant | Sworn |
| 4:10:27 PM | Court | Questions defendant; defendant responds |
| 4:12:41 PM | | Ms. Mack, grandmother, answers questions of the Court |
| 4:14:03 PM | Court | Questions Ms. Phillips regarding car |
| 4:15:19 PM | Government | Questions witness regarding previous employment |
| 4:16:22 PM | Defendant | Request defendant be released and work until trial |
| 4:16:54 PM | Government | Proffers why defendant was laid off from previous employment |
| 4:17:14 PM | Defendant | Explains why she could not make it to work; lack of transportation |
| 4:18:45 PM | | Defendant Rests |
| 4:19:28 PM | Government | Briefly summarizes why defendant should be detained |
| 4:20:31 PM | Defendant | Briefly summarized why defendant should be released |
| 4:23:26 PM | Court | Addresses defendant; F/T Job by Monday, 10/23/06; Probation Officer to report Ms. Phillips' place of employment to the Court by 10/30/06; All Other condition apply; Defendant may not leave the Middle District of Alabama; Electronic Monitoring still remains in effect; NEW CONDITIONS OF RELEASE to be prepared by the Probation Officer |
| 4:33:05 PM | Defendant | Request modification of conditions to include up to Wednesday for securing employment |
| 4:34:36 PM | Court | Requests Probation Officer's input; Probation Officer responds |

| 4 :35:28 PM | Government | Further responds |
| 4 :36:19 PM | Court | Modifies Order to Wednesday for confirmation of F/T employment along with documentation of job seeking efforts |
| 4 :37:57 PM | | Recess |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

USA                                         *
                                            *           2:06cr71-MEF
VS.                                         *
                                            *
CRYSTAL DENISE PHILLIPS

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| 1. Willie Bernard Ross | 1. Crystal Denise Phillips |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |