IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,　　　）
　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　）　　　CASE NO. 2:06CR071-MEF
　　　　　　　　　　　　　　　　　）
CRYSTAL DENISE PHILLIPS　　　　）

**ORDER**

On 19 October 2006, the court conducted a detention hearing. The defendant, CRYSTAL DENISE PHILLIPS ["Phillips"] had previously been indicted in Criminal Action No. 2:05CR268-WHA and was the subject of a petition to revoke her supervised release for certain violations, including committing another offense while on release and leaving her residence without permission.

Upon consideration of the evidence presented at the hearing, the court concludes that that there are conditions or there is a combination of conditions which will reasonably guarantee the safety of the community and guarantee Phillips' appearance at future proceedings. The court further concludes that, pursuant to the specific evidence presented, Phillips does not pose a substantial danger to society or a substantial risk of flight.

Accordingly, pending her trial, Phillips shall comply with the specific conditions set forth on the Appearance Bond and Order Setting Conditions to be entered and filed in this case. The probation officer has prepared the bond and the order, the court has approved them, and he is DIRECTED to secure Phillips' signature on the bond and order without her return to court. When the documents are executed, the probation officer is DIRECTED to submit them to the Deputy Clerk for filing.

DONE this 23rd day of October, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE