PS 120
(8/03)

# United States District Court

for

# Middle District of Alabama

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

RECEIVED
2006 OCT 27 P 4: 44

Name of Defendant: Crystal Denise Phillips         Case Number: ~~2:05CR268-A~~ 2:06CR71-MEF

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, Chief U.S. Magistrate Judge

Date of Release: November 25, 2005

Original Offense: Fraud; Aiding and Abetting

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Report any law enforcement contact

Assistant U.S. Attorney: Chris Snyder         Defense Attorney: Stephen R. Glassroth

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition # E: "Secure employment on or before October 25, 2006. | Phillips notified this officer on October 25, 2006 the she had secured employment at the TA Truck Stop on South Blvd, Montgomery, AL and that her work hours were from 4pm to 2am. After several unsuccessful attempts, this officer spoke with Jeff Yorman on October 27, 2006 and verified that Phillips had only been interviewed for the position and not hired. As of October 27, 2006, Phillips has not obtained employment as ordered. |

Supervision history of defendant and actions taken by officer:  Barring the instant violation, Phillips has performed unsatisfactorily while on pretrial supervision.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
[X]   revoked.
[ ]   No action.
[ ]   The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by *[signature]*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: October 27, 2006

Reviewed and approved: *[signature]*
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other