COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
☑ INITIAL APPEARANCE & REVOCATION HEARING             DATE: 10/31/06
☐ BOND HEARING
☐ DETENTION HEARING                                                                 DIGITAL Recording : 11:02 - 11:33
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON       **DEPUTY CLERK:** Wanda Robinson
**CASE NO:** 2:06cr71-MEF              **DEFENDANT NAME:** Crystal Denise Phillips
**AUSA:** Kent Brunson                 **DEFT. ATTY:** Stephen Roger Glassroth

Type Counsel: ( )Retained; (x) CJA; ( ) Waived; ( ) FPD

**PTSO:** _____          **USPO:** Bernard Ross

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present  (√) NO; ( ) YES       Name:

| | |
|---|---|
| ☐ | Date of Arrest or ☐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.  √ Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| ☐ | Financial Affidavit executed   *ORAL MOTION FOR APPT OF COUNSEL* |
| ☐ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel.  Has retained |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐ set for |
| ☐ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ☐ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ☐ | Release order entered.  Deft advised of conditions of release |
| ☐ | **BOND EXECUTED (M/D AL charges)** $. |
| ☐ | **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| ☐ | Bond not executed.  Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐ Set for |
| ☐ | DISCOVERY DISCLOSURE DATE: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☐ | WAIVER of Speedy Trial.  CRIMINAL TERM: |
| | Court to issue an order modifying conditions of pretrial release; Defendant's release is continued under modified conditions. |