IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO: 2:06CR71-MEF |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

**ORDER**

The defendant appeared before the court pursuant to a second pretrial petition, filed on 27 October 2006 (Doc. # 98), to revoke her release. Upon consideration of the representations made by the defendant's and the government's counsel, the probation officer, and the defendant, it is

ORDERED that the petition be DENIED. The defendant is hereby continued on release on the following conditions:

1. The defendant is DIRECTED to abide by all of the conditions in the court's order entered on 20 October 2006.

2. On or before 14 November 2006, the defendant is specifically DIRECTED to report to her probation officer the name, address, and telephone number of her full-time employer, including the name of her immediate supervisor.

3. If the defendant is not actually working at full-time employment on or before 14 November 2006, the defendant's bond and her release shall be automatically REVOKED and she shall be placed in the custody of the United States Marshal pending her trial.

DONE this 2nd day of November, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE