**COURTROOM DEPUTY MINUTES**  DATE: **DECEMBER 27, 2006**
**MIDDLE DISTRICT OF ALABAMA**
DIGITAL RECORDING: 10:48 – 10:51

| | |
|---|---|
| ✓ | INITIAL APPEARANCE |
| ☐ | DETENTION HEARING |
| ☐ | REMOVAL HEARING (Rule 5) |
| ☐ | ARRAIGNMENT |
| ✓ | ARRAIGNMENT on SUPERSEDING INDICTMENT |
| ☐ | PRELIMINARY EXAMINATION |

PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u>   DEPUTY CLERK: <u>WANDA STINSON</u>

CASE NO. <u>2:06CR-71-MEF-CSC</u>   DEFT. NAME: <u>CRYSTAL D. PHILLIPS</u>

USA: <s>CHRISTOPHER SNYDER</s> *Andrew Schiff*   ATTY: <u>STEPHEN R. GLASSROTH</u>

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

USPTSO/USPO: _____

Defendant ____ does ✓ does NOT need an interpreter; NAME: _____

| | | |
|---|---|---|
| ☐ Kars. | Date of Arrest _____ or ☐ Rule 5 Arrest | |
| ✓ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| ☐ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel. | |
| ☐ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** Set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR). ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| ✓ Karr. | ARRAIGNMENT SET FOR: _____ ✓ **HELD.** Plea of **NOT GUILTY** entered. ✓ Trial Term 3/12 ☐ **PRETRIAL CONFERENCE DATE:** _____ ✓ **DISCOVERY DISCLOSURES DATE:** 12/27/06 | |