IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO.  2:06-cr-71-MEF |
| ) | |
| CRYSTAL DENISE PHILLIPS ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR CRYSTAL DENISE PHILLIPS AND FOR APPOINTMENT OF NEW COUNSEL

Comes now Stephen R. Glassroth, counsel of record for Ms. Crystal Denise Phillips, who moves the court for the entry of an order granting him leave to withdraw as counsel for Ms. Phillips and directing that new counsel be appointed to represent her in this case.  In support of the motion, the following is shown to the Court:

1. Counsel of record was appointed to represent Ms. Crystal Phillips under the provisions of the Criminal Justice Act at the inception of this prosecution and has continued in that representation throughout all of the phases of the prosecution.

2. On January 2, 2007, counsel will begin his work as Executive Director of the nascent federal public defender program in the Middle District of Georgia, a community defender organization funded under the Criminal Justice Act.

3. Counsel believes it would be inappropriate for him to be subject to receiving compensation under the Criminal Justice Act for the representation of the client in this case while he is the Executive Director of a program in a different district which receives its entire funding under the provisions of the same Act.  If counsel were to continue as a federal public defender in the same

district in which the prosecution were pending, expenditure of government funds would not be duplicated since the case could, in such situation, be transferred to the district's defender office. That is not the case here, however. Thus, withdrawal is appropriate.

4. Permitting withdrawal of counsel at this time and authorizing the appointment of new counsel will allow for an orderly transition of counsel and allow for the case to go forward with trial as presently scheduled for the March 12, 2007, term of court.

5. Counsel has informed Ms. Phillips of his impending move to Macon, Georgia, his need to seek withdrawal in light of that and has served a copy of this motion upon her.

WHEREFORE, in light of the foregoing, counsel prays the Court will consider the matter set forth herein and, after due consideration, enter its order granting leave to undersigned counsel to withdraw and directing the appointment of new counsel to represent Ms. Crystal Phillips in this matter.

Respectfully submitted,

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for Crystal Denise Phillips
AL Bar Code: GLA005
The Glassroth Law Firm, P.C.
Post Office Box 910
Montgomery, Alabama 36101-0910
Phone (334) 263-9900
Fax (334) 263-9940
E-mail srg@glassrothlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter and sent a copy via United States Mail, postage prepaid and properly addressed to Ms. Crystal Denise Phillips.

                                                s/Stephen R. Glassroth
                                                STEPHEN R. GLASSROTH
                                                Counsel for Crystal Denise Phillips
                                                AL Bar Code: GLA005
                                                The Glassroth Law Firm, P.C.
                                                Post Office Box 910
                                                Montgomery, Alabama 36101-0910
                                                Phone (334) 263-9900
                                                Fax (334) 263-9940
                                                E-mail srg@glassrothlaw.com