IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr71-MEF |
| | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |

**ORDER**

Now pending before the court is the defendant's motion to allow Stephen Glassroth to withdraw as counsel of record and to appoint a CJA panel attorney (doc. # 147) filed on December 27, 2006. Upon consideration of the motion, and for good cause, it is

ORDERED that the defendant's motion for Stephen Glassroth to withdraw and appoint a panel attorney be and is hereby GRANTED. It is further

ORDERED that a panel attorney appointed to represent the defendant at all further proceedings shall file a notice of appearance.

Done this 28th day of December, 2006.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE