```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **V.** | * CR. NO. |
| **CRYSTAL DENISE PHILLIPS,** | * 2:06CR71-MEF |
| | * |
| **Defendant.** | * |

**NOTICE OF ATTORNEY APPEARANCE-DEFENDANT**

Come now Jeffery C. Duffey and enters his appearance as appointed counsel for defendant Crystal Denise Phillips.

Respectfully submitted this 5th day of January, 2007.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for Defendant
Crystal Phillips
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record, and to defendant Crystal Phillips by U.S. Mail, postage prepaid, at her proper address.

                                      Respectfully submitted,

                                      <u>s /Jeffery C. Duffey</u>
                                      JEFFERY C.  DUFFEY
                                      Attorney for Defendant
                                      Crystal Phillips