COURTROOM DEPUTY MINUTES             DATE:  JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA           DIGITAL RECORDED: 1:14 - 1:18

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06CR-71-MEF-CSC    **DEFENDANT NAME:** CRYSTAL D. PHILLIPS

### APPEARANCES

GOVERNMENT
ATTY. ~~CHRISTOPHER SNYDER~~
Stephen P. Feaga

DEFENDANT COUNSEL
ATTY. JEFFERY C. DUFFEY

✓ **DISCOVERY STATUS:** ~~Complete.~~ Have not received discovery yet; But advised discovery is available at office, can pick up today.

✓ **PENDING MOTION STATUS:** None.

☐ **PLEA STATUS:**

☐ **TRIAL STATUS:**

☐ **REMARKS:**