# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| V. | * CR. NO. |
| **CRYSTAL DENISE PHILLIPS,** | * 2:06CR71-MEF |
| | * |
| **Defendant.** | * |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now defendant Crystal Phillips, by counsel, and hereby gives notice to the court of intent to change her plea from not guilty to guilty pursuant to a plea agreement.

Respectfully submitted this 27th day of February, 2007.

> s/Jeffery C. Duffey
> JEFFERY C. DUFFEY
> Attorney for Defendant
> Crystal Phillips
> 600 South McDonough Street
> Montgomery, AL 36104
> Phone: 334-834-4100
> Fax: 334-834-4101
> email: jcduffey@aol.com
> Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Snyder
AUSA
P.O. Box 197
Montgomery, AL 36101

Respectfully submitted,

<u>s /Jeffery C. Duffey</u>
JEFFERY C. DUFFEY
Attorney for Defendant
Crystal Phillips