| | |
|---|---|
| COURTROOM DEPUTY MINUTES DATE: March 7, 2007 | FTR RECORDING: |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: RISA ENTREKIN |

☐ ARRAIGNMENT    √ CHANGE OF PLEA    ☐ CONSENT PLEA

☐ RULE 44(c) HEARING    ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06-CR-71-MEF-CSC    **DEFENDANT NAME:** CRYSTAL DENISE PHILLIPS

**AUSA:** CHRISTOPHER SNYDER    **DEFENDANT ATTY:** JEFFERY C. DUFFEY

Type Counsel: ( ) Waived; ( ) Retained; (√) Panel CJA; ( ) CDO

**USPTS/USPO:** _____

Defendant ____ does √ does NOT need and interpreter. Name: _____

---

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) 13 of the **Indictment**

√ Count(s) 1, 8, 9, 10, 11, 12 ☐ dismissed on oral motion of USA;

√ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered   √ Written plea agreement filed.   ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued √ same Conditions/Bond imposed by Mag. Judge;

☐ Released on Bond & Conditions of Release for:

☐ Trial on _____ ; √ Sentencing on _____ ; √ to be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____ ; or ☐ Sentencing on _____ ☐ Set by separate Order.