**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06-cr-71-MEF** |
| | ) | |
| **CRYSTAL DENISE PHILLIPS** | ) | |
| | ) | |

---

**United States' Motion for Downward Departure for Substantial Assistance**

---

The United States moves this Court to reduce Crystal Denise Phillips's sentence by two offense levels for the substantial assistance she rendered in this case. As grounds for this Motion, the United States notes:

1.      On or about February 8, 2007, Phillips provided a proffer to the United States and was the first defendant in this four-defendant case to do so. Later, on or about February 27, 2007, she agreed to plead guilty and further cooperate with the United States. The United States believes that this proffer and plea was a factor that induced the guilty plea of at least two other her co-defendants, Laura Lee Phillips and Litasha Washington.

2.      On or about March 28, 2007, Phillips testified at the trial of Bernetta Willis and provided important information related to Willis and Washington's recruitment of others for fraudulent FEMA activity. Since that time Phillips has also testified before a Grand Jury sitting in the Middle District, and based on that testimony, the United States expects to return an indictment against at least one other individual.

3.      The United States believes that at all times Phillips has been truthful with the Government. Therefore, United States asks this Court to depart two levels under Guideline

§ 5K1.1 based upon her substantial assistance.

      Respectfully submitted this the 16th day of August, 2007.

<div style="margin-left:40%">

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Jeff Duffey.

<div style="margin-left:40%">

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney

</div>